UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH OZORMOOR,

    Plaintiff,

v.                                                Case No. 08-11717

T-MOBILE USA, INC.,                 HONORABLE AVERN COHN

    Defendant.

_____/

## JUDGMENT CONFIRMING ARBITRATION AWARD

On August 19, 2010, the Court issued an order denying plaintiff's motion to vacate the arbitration award. See Memorandum and Order Denying Plaintiff's Motion to Vacate Arbitration Award (Doc. No. 28). Although implicit in the Court's decision, the Memorandum and Order did not expressly confirm the arbitration award which not only dismissed plaintiff's claims, but also required that plaintiff reimburse T-Mobile for paying his share of the administrative fee ($125.00).

By this Judgment, the arbitrator's award is CONFIRMED.

SO ORDERED.

Dated: August 26, 2010          S/Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 26, 2010, by electronic and/or ordinary mail.

                                       S/Julie Owens
                                       Case Manager, (313) 234-5160